EDWIN BLUM, on Behalf of Himself and Other Stockholders of THE DISTILLING COMPANY OF AMERICA, Appellant, *v.* HARRY PAYNE WHITNEY, as Executor of WILLIAM C. WHITNEY, Deceased, et al., Respondents.

(Submitted June 18, 1906; decided June 21, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 185 N. Y. 232.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN HARRER et al., Appellants.

*People* v. *Harrer*, 113 App. Div. ——, affirmed.
(Argued June 18, 1906; decided June 21, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1906, which affirmed a judgment of the Niagara County Court rendered upon a verdict convicting the defendants of the crime of grand larceny in the first degree.

*C. W. Sickmon* for appellants.

*Burt G. Stockwell* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.